# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Boston and Fitchburg

**County** Suffolk and Worcester

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number 24-7176-JCB
Search Warrant Case Number see additional information
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☒ No

**Defendant Information:**
Defendant Name: JAIRO COLLAZO    Juvenile: ☐ Yes  ☒ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☒ No
Alias Name: Piquete
Address: Bronx, New York
Birth date (Yr only): 1988  SSN (last 4#): _____  Sex: M  Race: White  Nationality: Dominican Rep.

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Samuel R. Feldman  Bar Number if applicable: _____

**Interpreter:** ☒ Yes  ☐ No  List language and/or dialect: _____

**Victims:** ☐ Yes  ☒ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☒ No

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**
**Arrest Date:** 4/12/2024

☒ Already in Federal Custody as of 4/12/2024 in SDNY.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☒ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/12/2024  Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JAIRO COLLAZO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances, that is, 400 grams or more of fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

24-7077, 7082, 7117-JCB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013